**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 97-6140**

―――――――――

LESTER WARREN CARTER, JR.,

Plaintiff - Appellant,

versus

JOSEPH CURRAN, JR.; ANN N. BOSSE; OFFICE OF
THE ATTORNEY GENERAL,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
94-3020-CCB)

―――――――――

Submitted: July 24, 1997　　　　Decided: August 6, 1997

―――――――――

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Lester Warren Carter, Jr., Appellant Pro Se. Kathleen Hoke
Dachille, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Carter v. Curran</u>, No. CA-94-3020-CCB (D. Md. Dec. 31, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>